# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS GOODMAN, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>LOS ANGELES POLICE DEPARTMENT, et al.<br><br>            Defendants. | Case No. CV13-05959 JAK (MANx)<br>*Hon. John A. Kronstadt - Ctrm. 750 Roybal*<br>*Hon. Mag. Margaret A. Nagle - Ctrm. 580 Roybal*<br><br>**JUDGMENT**<br><br>**JS-6** |

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Defendants CITY OF LOS ANGELES (erroneously sued and served herein as LOS ANGELES POLICE DEPARTMENT), DETECTIVE JEFFREY BRISCOE, DETECTIVE NICK PIKOR, DETECTIVE DAVID PETEQUE, DETECTIVE PAMELA PITCHER, COUNTY OF LOS ANGELES (erroneously sued and served herein as Los Angeles County Department of Coroner), YULAI WANG (individually and in his official capacity as an employee of the Los angeles County Coroner's Office) (collectively, "Defendants") and against Plaintiff LOIS GOODMAN; that the action be dismissed with prejudice; and that Defendants may seek to recover their costs in accordance with Local Rule 54.

**IT IS SO ORDERED.**

DATED: May 14, 2015

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE