# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOIS GOODMAN, <br><br> PLAINTIFF(S) <br><br> v. <br><br> YULAI WANG, M.D., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> LA CV13-05959 JAK (MANx) <br><br> **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** <br><br> **JS-6** |

This action having been tried before the Court sitting with a jury, the Honorable John A. Kronstadt, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the Plaintiff takes nothing; that the action be dismissed on the merits; and that Defendant Yulai Wang, M.D. recover of the Plaintiff his costs of action, taxed in an amount to be determined upon the filing and approval of the appropriate application.

Clerk, U. S. District Court

Dated: April 4, 2018

By _(signature)_
Andrea Keifer, Deputy Clerk